United States Courts
Southern District of Texas
FILED

*August 11, 2020*

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

WILLIAM LEE GRANT II
901 WYTHE ROAD
SPRINGFIELD, ILLINOIS 62702
(217)726-5269

**B-20-123**

PLAINTIFF

v. JAMES A. BAKER
BAKER BOTTS, L.L.P.
910 LOUISIANA STREET
HOUSTON, TEXAS 77002- 4995

& PRESIDENT OF THE UNITED STATES
1600 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20500

& STATE OF ILLINOIS
207 STATE HOUSE
SPRINGFIELD, IL 62702

DEFENDANTS

ACTIONS OF REAGAN'S CHIEF OF STAFF (AORCOS) COMPLAINT
CONSPIRACY AND DEPRIVATION OF RIGHTS (42 USC 1985)

1) District Court has subject - matter jurisdiction pursuant to: 28 USC 1331; 42 USC 1983; 42 USC 1985(3); 28 USC 1346(b)(1); ~~28 USC 1331(b)(1)~~, and 28 USC 1343. ~~28 USC 1391(e)(1)(A) + ~~ 28 USC 1391(b)(3)

2) Mr. Grant has a claim under U.S. Const. Amend IV; U.S. Const. Amend. V; U.S. Const. Amend. XIII; U.S. Const. Amend. XIV; 42 USC 1983; and 42 USC 1985(3), and 28 USC 2674.

3) The State of Illinois waived sovereign immunity by consenting to 16-cv-3245 and 17-cv-3261 being removed to the Illinois Central District from the Seventh Judicial Circuit of Illinois.

COMMITTEE ON TRANSNATIONAL THREATS
OPERATION: HOMETOWN GLORY   1

4) The State of Illinois and U.S. Department of Defense do not have sovereign immunity pursua~~[redacted]~~ 411 F. 2D 436 (2D. Cir. 1969)

5) The State of Illinois and U.S. Department of Justice defaulted and failed to deny Mr. Grant's allegations to 16-cv-3245 and 17-cv-3261. The Illinois Central District Clerk of Court failed to enter default (Fed. R. Civ. P. 55(a) against the State of Illinois and U.S. Department of Justice. The Illinois Central District Clerk of Court failed to enter default judgment against the State of Illinois in 16-cv-3245 and 17-cv-3261 pursuant to Fed. R. Civ. P. 55(b)(1).

6) The Clerk of Court's Entry of Default (Fed. R. Civ. P. 55 ~~[redacted]~~ R. Civ. P. 55(b)(1) is a ministerial act, and not an act of discretion.

7) The Illinois Central Distri~~[redacted]~~
   28 USC 1915(e)(2)(B)(i) - ~~is frivolous~~ or mal~~[redacted]~~
   28 USC 1915(e)(2)(B)(ii) - fails to state a claim on which relief may be granted; or
   28 USC 1915(e)(2)(B)(iii) - seeks monetary relief against a defendant who is immune from such relief.

8) Res Judicata is not applicable. The State of Il~~[redacted]~~nt of Justice have not filed answers to Mr. Grant's allegations. Mr. Grant's complaint has not been decided on the merits.

9) The State of Illinois failed to deny Mr. Grant's allegations in the Illinois Court of Claims (18CC0946 & 18CC1057).

10) The State of Illinois failed to deny Mr. Grant's allegations in the Seventh Judicial Circuit of Illinois (17-MR-754). ~~[redacted]~~

11) The State of Illinois failed to deny Mr. Grant's allegations, and defaulted in the Seventh Circuit of Illinois (18-L-202).

12) The U.S. Department of Defense defaulted and failed to appear in 19-cv-3001.

13) The Illinois Central District Clerk of Court failed to enter default against the U.S. Department of Defense pursuant to Fed. R. Civ. P. 55(a).

14) The Clerk of Court's Entry of Default (Fed. R. Civ. P. 55(a) is a ministerial act, and not an act of discretion.

15) Forty-One (41) Federal courts have not found Mr. Grant's allegations to be:

28 USC 1915(e)(2)(B)(i) -  is frivolous or malicious;

28 USC 1915(e)(2)(B)(ii) -  fails to state a claim on which relief may be granted; or

28 USC 1915(e)(2)(B)(iii) - seeks monetary relief against a defendant who is immune from such relief.

16) The Commander-In-Chief (Ronald Reagan) directed the Secretary of Defense (Caspar Weinberger) in 1983 to create Mr. Grant to predict future nuclear attacks.

17) After President Ronald Reagan directed the Secretary of Defense to create Mr. Grant to predict future nuclear attacks, the White House Chief of Staff (James A. Baker) coordinated with the Secretary of Defense to create Mr. Grant.

18)  The Secretary of the Treasury (James A. Baker) siphoned two billion dollars from the U.S. Treasury to fund the creation of Mr. Grant through the U.S. Department of Defense.

19) The Office of the Secretary of Defense (OSD) created Mr. Grant in 1990 at Air Force Systems Command in Ohio.

20) Mr. Grant was transferred to the basement of the Pentagon in 1990. Mr. Grant was detained in the basement of the Pentagon for two and a half years.

21) The former Secretaries of Defense (Caspar Weinberger and Frank Carlucci) and Secretary of State (James A. Baker) coordinated with members of the Office of the Secretary of Defense and Joint Special Operations Command (JSOC) to engineer Mr. Grant's life to give cause for Mr. Grant to appear in Federal court.

22) The White House Chief of Staff (James A. Baker) and the Office of the Secretary of Defense used their positions to recruit assistance from Illinois politicians and Illinois law enforcement to unlawfully detain Mr. Grant in Illinois for a premeditated twenty-eight (28) year conspiracy to unlawfully detain and conspire against Mr. Grant in violation of Mr. Grant's U.S. Constitutional rights known as OPERATION: HOMETOWN GLORY.

23) The OSD "dropped-off" Mr. Grant in Springfield, Illinois in 1992 with Dr. Bill Grant and Armenta Johnson to be: beaten; endure psychological warfare; and to be the U.S. Department of Defense's witness to the 9/11 Terrorist Attacks.

24) Gregory K. Harris left the Pentagon in the early 1990's to illegally surveil Mr. Grant through the Illinois Central District U.S. Attorney's Office by bribing Mr. Grant's family, peers, teachers, co-workers, and supervisors to report the words and actions of Mr. Grant to Gregory K. Harris.

25) Gregory K. Harris directed Mr. Grant's dentists and orthodontists to drill the enamel off Mr. Grant's teeth.

26) Gregory K. Harris directed Mr. Grant's optometrist to give Mr. Grant an incorrect prescription lense to diminish Mr. Grant's vision.

27) In 2002, Mr. Grant was forced to stab Dr. Bill Grant, or the OSD would have sent someone to kill Dr. Bill Grant.

28) Gregory K. Harris undermined Mr. Grant's legal defense by colluding with Mr. Grant's lawyers.

29) Mr. Grant was forced to "act gay" for seven (7) years, or the OSD would have sent someone to rape Mr. Grant.

30) Mr. Grant was forced to "act gay" from December 9, 2008 until 2016.

31) In 2009, the OSD, Gregory K. Harris, and the Illinois State Police (ISP) "set-up" Mr. Grant for a Driving Under the Influence (DUI) charge to "strip" Mr. Grant of his driver's license.

32) In 2009, ISP Trooper Tyler Price "stopped" Mr. Grant for an alleged improper lane change.

33) ISP Trooper Tyler Price issued Mr. Grant multiple DUI tickets stemming from one 2009 traffic stop.

34) Mr. Grant was sober.

35) The Sangamon County State's Attorney's Office filed multiple DUI cases against Mr. Grant stemming from one 2009 traffic stop.

36) ISP Trooper Tyler Price failed to obtain a warrant to draw Mr. Grant's blood, and failed to mirandize Mr. Grant.

37) Gregory K. Harris undermined Mr. Grant's legal defense by colluding with Mr. Grant's lawyers.

38) Deirdre 'D.K.' Hirner made an agreement with the Office of the Secretary of Defense in the early 1990's to hire Mr. Grant in the future.

39) Ann L. Schneider made an agreement with the Office of the Secretary of Defense in the early 1990's to hire Mr. Grant in the future.

40) D.K. Hirner (Chief of Staff) hired Mr. Grant in 2011 as a Policy Analyst in the Office of the Illinois Lieutenant Governor.

41) Ann L. Schneider (Secretary) hired Mr. Grant in 2012 as a Staff Assistant with the Illinois Department of Transportation (IDOT).

42) In 2012, Mr. Grant filed an ethics complaint and a civil rights complaint with the State of Illinois.

43) Mr. Grant was retaliated against for filing two (2) complaints with the State of Illinois.

44) Mr. Grant endured a hostile work environment, work products being sabotaged, slander, geographic reassignment, negative performance evaluations, a rescinded promotion, and being assigned job tasks below Mr. Grant's pay grade.

45) In November 2014, Mr. Grant transferred to the Illinois Governor's Office from IDOT.

46) In December 2014, the Illinois Governor's Office failed to add Mr. Grant to payroll.

47) In 2015, the Illinois Department of Employment Security (IDES) wrongfully denied Mr. Grant Federal unemployment benefits.

48) In 2015, Mr. Grant found himself BLACKLISTED, and unable to find employment anywhere in America.

49) The actions of the State of Illinois gave cause for Mr. Grant to appear in court.

50) The Office of the Secretary of Defense "hacked" Mr. Grant's cellular phone, computer, and landline.

51) The Office of the Secretary of Defense kept Mr. Grant under satellite surveillance for thirty (30) years.

52) Gregory K. Harris recruited (then ILCD U.S. Attorney - Rodger A. Heaton) to illegally surveil and conspire against Mr. Grant.

53) Gregory K. Harris recruited Niveesha Hill to illegally surveil and conspire against Mr. Grant.

54) The Office of the Secretary of Defense stole thirty (30) years of Mr. Grant's life to bring this action.

55) The Illinois Attorney General defaulted and failed to appear in the Seventh Judicial Circuit of Illinois (18-L-202).

56) In 2003, Alan D. Brents and Larissa M. Young sexually assaulted Mr. Grant at the direction of Gregory K. Harris.

57) In 2014, Thomas W. Coats and Justin Cajindos sexually assaulted Mr. Grant at the direction of Gregory K. Harris.

58) Donald Rumsfeld gave a "Stand Down" Order on 9/11 with the consent of Bush and Cheney.

59) Dick Cheney lobbied for the Invasion of Iraq to generate profits for Halliburton.

60) Dick Cheney made $100 million from his Halliburton stock due to the Invasion of Iraq.

61) Hillary Rodham Clinton killed Vince Foster.

62) Bill Clinton fired Federal Bureau of Investigation (FBI) Director William S. Sessions to conceal the murder of Vince Foster.

63) Hillary Rodham Clinton lobbied for the 1994 Crime Bill in exchange for future campaign contributions from the private prison industry.

64) Hillary Rodham Clinton sent Ambassador J. Christopher Stevens to Benghazi, Libya as a suicide mission to prevent the Ambassador from releasing a report advocating the diversion of funds from Iran to Libya.

65) Bill Clinton is a serial rapist.

66) Richard M. Daley killed Chicago Mayor Harold Lee Washington.

67) Richard M. Daley's sale of Chicago's parking meters is fraud.

68) James R. Thompson assisted Richard M. Daley conceal the murder of Chicago Mayor Harold Lee Washington and Bernard Epton.

69) James R. Thompson failed to prosecute Richard J. Daley for public corruption in exchange for Richard J. Daley suppressing the Democratic vote to allow James R. Thompson to win the Illinois gubernatorial election as a Republican.

70) The House of Saud was complicit in the 9/11 Terrorist Attacks.

71) Anita Alvarez (Cook County State's Attorney - Illinois) entered into a criminal conspiracy to allow Chicago Cops to shoot Black people for sport without fear of criminal prosecution.

72) Philip Mountbatten "ordered" the assissination of Diana, Princess of Wales. The Brits need look at MI5.

73) Bruce Rauner bribed Rahm Emanuel to hide national security reports while Rahm Emanuel worked in the Clinton White House.

74) Bruce Rauner assisted Rahm Emanuel in making $14 million in three years upon leaving the Clinton White House.

75) Bruce Rauner went on to make hundreds of millions of dollars through U.S. Department of Defense information technology contracts.

76) Henry Kissinger is a war criminal for his role in the Vietnam War, Cambodia, Argentina, and Chile.

77) Marion Hugh "Suge" Knight Jr. killed Christopher "Biggie Smalls" Wallace.

78) Suge Knight bribed the Los Angeles Police Department to conceal Suge's role in the murder of Biggie Smalls.

79) Louis Farrakhan killed Malcolm X.

80) Courtney Love killed Kurt Cobain.

81) The Central Intelligence Agency killed John F. Kennedy.



Prescott Bush

↓

Allen Dulles

↓

Lyndon B. Johnson

\*    E. Howard Hunt's 2003 confession is valid. Hunt's body was failing, but his mind was sound.

82) The Central Intelligence Agency orchestrated the Arab Spring.

83) The Central Intelligence Agency triangulated around the U.S. Department of Defense to use the U.S. Department of Defense to accomplish the Central Intelligence Agency's mandate to contain communism in Southeast Asia.

84) Chris Christie is complicit in the Fort Lee Lane closures ("Bridgegate").

85) O.J. Simpson killed Nicole Brown-Simpson and Ronald Goldman.

86) The funds to create Mr. Grant came from the Strategic Defense Initiative by way of the U.S. Treasury Department.

87) The HIV/AIDS virus is a Japanese-World War II virus unleashed on the populace to generate profits for the pharmaceutical companies.

88) The HIV/AIDS "Cocktail" came from the Pentagon.

89) Mr. Grant began his lawsuit in May of 2016 in the Illinois Central District.

90) Mr. Grant's Witnesses

     Michael J. Madigan
     Jesse White
     Emil Jones
     Barack H. Obama
     ILLINOIS STATE POLICE

91) The OSD and Gregory K. Harris had assistance from the Springfield, Illinois and Chicago, Illinois Federal Bureau of Investigation (FBI). The FBI is a part of the U.S. Department of Justice.

92) Employees of the Federal Bureau of Investigation masqueraded as Mr. Grant's teachers, co-workers, and peers to report the words and actions of Mr. Grant to Gregory K. Harris.

93) The Attorney General of the United States is liable for the actions of the FBI and U.S. Attorney's Office.

94) Mr. Grant seeks $99 Trillion in damages.

95) Shawn Carter is the Best Big Brother a kid could ask for.

96) Alan D. Brents is the worst brother the Pentagon could find for Mr. Grant.

97) Illinois Northern District Judge Virginia (17-cv-7902) did not find Mr. Grant's allegations to be:

28 USC 1915(e)(2)(B)(i) -  is frivolous or malicious;

28 USC 1915(e)(2)(B)(ii) -  fails to state a claim on which relief may be granted; or

28 USC 1915(e)(2)(B)(iii) - seeks monetary relief against a defendant who is immune from such relief.

98) Illinois Southern District Judges: Michael J. Reagan (17-cv-1257); Staci M. Yandle (19-cv-332); and Nancy J. Rosenstengel (18-cv-806; 19-cv-979; and 19-cv-1104) did not find Mr. Grant's allegations to be:

28 USC 1915(e)(2)(B)(i) -  is frivolous or malicious;

28 USC 1915(e)(2)(B)(ii) -  fails to state a claim on which relief may be granted; or

28 USC 1915(e)(2)(B)(iii) - seeks monetary relief against a defendant who is immune from such relief.

99) District of Maryland Judges: George L. Russell III (18-cv-1327 and 19-cv-2265); Paula Xinis (18-cv-1705) and George J. Hazel (19-cv-2284) did not find Mr. Grant's allegations to be:

28 USC 1915(e)(2)(B)(i) -  is frivolous or malicious;

28 USC 1915(e)(2)(B)(ii) -  fails to state a claim on which relief may be granted; or

28 USC 1915(e)(2)(B)(iii) - seeks monetary relief against a defendant who is immune from such relief.

100)    Eastern District of Virginia Judges: Leonie M. Brinkema (18-cv-449); Anthony J. Trenga (18-cv-543); Robert E. Payne (18-cv-369); and Liam O'Grady (18-cv-1328) did not find Mr. Grant's allegations to be:

28 USC 1915(e)(2)(B)(i) -  is frivolous or malicious;

28 USC 1915(e)(2)(B)(ii) -  fails to state a claim on which relief may be granted; or

28 USC 1915(e)(2)(B)(iii) - seeks monetary relief against a defendant who is immune from such relief.

101)    District of Columbia Judges: Tanya S. Chutkan (17-cv-1434 and 19-cv-3377); Rudolph Contreras (18-cv-1805 and 18-cv-1806); Christopher R. Cooper (18-cv-1804); and James E. Boasberg (18-cv-1162) did not find Mr. Grant's allegations to be:

28 USC 1915(e)(2)(B)(i) -   is frivolous or malicious;

28 USC 1915(e)(2)(B)(ii) -   fails to state a claim on which relief may be granted; or

28 USC 1915(e)(2)(B)(iii) - seeks monetary relief against a defendant who is immune from such relief.

102)    Plaintiff, William Lee Grant II, has exhausted all administrative remedies. Mr. Grant has filed complaints with the Illinois Department of Transportation; Illinois Department of Employment Security; Office of Executive Inspector General (Illinois); Office of the Illinois Attorney General; Illinois State Police; Illinois Department of Human Rights; Illinois Department of Labor; U.S. Department of Transportation; U.S. Department of Labor; Federal Bureau of Investigation; U.S. Department of Defense; Illinois Auditor General; U.S. Equal Employment Opportunity Commission; Sangamon County Sheriff's Office, and U.S. Office of Special Counsel.

103)    The Illinois Central District Clerk of Court has failed to enter default in 16-cv-3245, 17-cv-3261, and 19-cv-3001 pursuant to Fed. R. Civ. P. 55(a).

104)    The Illinois Central District Clerk of Court failed to enter default judgment against the State of Illinois in 16-cv-3245 and 17-cv-3261 pursuant to Fed. R. Civ. P. 55(b)(1).

105)    The U.S. Department of Justice removed 16-cv-3245 from the Seventh Judicial Circuit of Illinois on September 1, 2016.

106)    The State of Illinois and U.S. Department of Justice defaulted in 16-cv-3245 pursuant to Fed. R. Civ. P. 81 (c)(2)(c). The State of Illinois and U.S. Department of Justice did not respond until September 16, 2016.

107)    The Illinois Central District failed to enter default and default judgment.

108)    The U.S. Department of Justice removed 17-cv-3261 from the Seventh Judicial Circuit of Illinois on November 9, 2017.

109)    The State of Illinois and U.S. Department of Justice defaulted in 17-cv-3261 by failing to further plead pursuant to Fed. R. Civ. P. 81 (c)(2)(c).

110) The State of Illinois did not respond to Mr. Grant's complaint until November 27, 2017.

111) The U.S. Department of Justice did not respond to Mr. Grant's complaint until November 29, 2017.

112) The U.S. Department of Justice removed 19-cv-3001 from the Seventh Judicial Circuit of Illinois.

113) The U.S. Department of Justice defaulted pursuant to Fed. R. Civ. P. 81 (c)(2)(c) in 19-cv-3001.

114) The U.S. Department of Justice never appeared in 19-cv-3001.

115) The Illinois Central District Clerk of Court failed to enter default against the U.S. Department of Justice in 19-cv-3001 pursuant to Fed. R. Civ. P. 55(a).

116) The Illinois Central District Clerk of Court is mandated by Fed. R. Civ. P. 55(a) to enter default against defendants in 16-cv-3245, 17-cv-3261, and 19-cv-3001.

117) The Illinois Central District Clerk of Court is mandated by Fed. R. Civ. P. 55(b)(1) to enter default judgment against the State of Illinois in 16-cv-3245 and 17-cv-3261.

118) The U.S. Department of Defense waived Sovereign Immunity by entering a joint conspiracy with officials and employees of the State of Illinois against Mr. Grant pursuant to: 42 USC 1983; 42 USC 1985(2); and 42 USC 1985(3). (Kletschka v. Driver, 411 F. 2D 436 (2D. Cir. 1969)

119) Mr. Grant has a cause of action against the U.S. Department of Defense and State of Illinois for violating Mr. Grant's U.S. Const. Amend. IV; U.S. Const. Amend. V; U.S. Const. Amend. XIII; and U.S. Const. Amend. XIV Rights. (Bivens v. Six Unknown Fed. Narcotics Agents, 403 U.S. 388 (1971).

120) The Illinois Central District Clerk of Court failed to enter default in 16-cv-3245, 17-cv-3261, and 19-cv-3001 at the direction of the Office of the Secretary of Defense.

121) The Illinois Central District Clerk of Court failed to enter default judgment against the State of Illinois in 16-cv-3245 and 17-cv-3261 at the direction of the Office of the Secretary of Defense.

122)   The Illinois Central District Judges: Colin S. Bruce (16-cv-3245 and 17-cv-3261) and Joe Billy McDade (19-cv-3001) failed to enter default judgment against the U.S. Department of Justice against the U.S. Department, U.S. Department of Defense, and State of Illinois at the direction of the Office of the Secretary of Defense.

123)   The Clerk of Court's entry of default (Fed. R. Civ. P. 55(a) and default judgment (Fed. R Civ. P. 55(b)(1) is a ministerial act, and not an act of discretion.

124)   The Illinois Central District's failure to enter default and default judgment constitutes fraud as the failure denied Mr. Grant access to a legal remedy Mr. Grant has a right to as a matter of law. (Marbury v. Madison, 5 U.S. 137)

125)   Mr. Grant has a cause of action pursuant to:

Fed. R. Civ. P. 60(d)(1) - entertain an independent action to relieve a party from judgment, order, or proceeding; and

Fed. R. Civ. P. 60(d)(3) - Set aside a judgment for fraud on the court.

126)   Eastern District of Virginia Judge Claude M. Hilton (19-cv-1228) did not find Mr. Grant's allegations against the Central Intelligence Agency to be:

28 USC 1915(e)(2)(B)(i) -   is frivolous or malicious;

28 USC 1915(e)(2)(B)(ii) -   fails to state a claim on which relief may be granted; or

28 USC 1915(e)(2)(B)(iii) - seeks monetary relief against a defendant who is immune from such relief.

127)   The diversion of funds to create Mr. Grant was engineered by White House Chief of Staff (James A. Baker) and Secretary of the U.S. Department of Defense (Caspar Weinberger).

128)   OPERATION: HOMETOWN GLORY is a U.S. National Security Council domestic black operation run under the banner of the Committee on Transnational Threats.

129)   The Committee on Transnational Threats is within the U.S. National Security Council, and is comprised of the following:

   a)   Director of National Intelligence

   b)   Secretary of the U.S. Department of State

   c)   Secretary of the U.S. Department of Defense

    d)  Attorney General of the United States

130)   OPERATION: HOMETOWN GLORY is a U.S. Department of Defense domestic black operation run under the banner of the U.S. Department of Justice.

    a)  Gregory K. Harris left the Pentagon in the early 1990's to illegally surveil and conspire against Mr. Grant through the Illinois Central District U.S. Attorney's Office.

    b)  The Federal Bureau of Investigation and U.S. Attorney's Office is a part of the U.S. Department of Justice.

    c)  The Attorney General of the United States is liable for the actions of the U.S. Department of Justice.

131)   The Chairperson for the Committee on Transnational Threats is the National Security Advisor.

132)   The National Security Advisor is located within the White House Office.

133)   The head of the White House Office is the White House Chief of Staff.

134)   The White House Office is within Executive Office of the President, and is liable for the actions of President Ronald Reagan and President George H.W. Bush's White House Chief of Staff (James A. Baker).

135)   The head of the Executive Office of the President is the White House Chief of Staff.

136)   The President of the United States is Commander-In-Chief of the U.S. Armed Forces is liable for the actions of the Secretary of Defense, Office of the Secretary of Defense, Joint Special Operations Command, and the U.S. Department of Defense.

137)   James A. Baker acting as Secretary of the U.S. Department of State and White House Chief of Staff under President George H.W. Bush coordinated with former Secretaries of Defense (Caspar Weinberger and Frank Carlucci), members of the Office of the Secretary of Defense, and Joint Special Operations Command (JSOC) to engineer cause (OPERATION: HOMETOWN GLORY) for Mr. Grant to appear in Federal court.

138)   The President of the United States is liable for the actions of the White House Office, Executive Office of the President, White House Chief of Staff (James A Baker), Secretary of the U.S. Department of the Treasury (James A. Baker), Secretary of the U.S.

Department of State (James A. Baker), Secretaries of the U.S. Department of Defense (Caspar Weinberger and Frank Carlucci), and the Office of the Secretary of Defense.

139) The President of the United States of America is the Chair of the U.S. National Security Council, and is liable for actions of the members of the U.S. National Security Council.

140) James A. Baker as President George H.W. Bush's White House Chief of Staff implemented OPERATION: HOMETOWN GLORY from the Oval Office of the White House.

141) Eastern District of Texas Judges: Robert W. Schroeder III (17-cv-631, 18-cv-290 and 18-cv-291) and Amos L. Mazzant III (18-cv-443 and 18-cv-444) did not find Mr. Grant's allegations to be:

28 USC 1915(e)(2)(B)(i) - is frivolous or malicious;

28 USC 1915(e)(2)(B)(ii) - fails to state a claim on which relief may be granted; or

28 USC 1915(e)(2)(B)(iii) - seeks monetary relief against a defendant who is immune from such relief.

142) Northern District of Texas Judges: Sidney A. Fitzwater (18-cv-1478); Ed Kinkeade (18-cv-1479); Sam R. Cummings (18-cv-1480 and 18-cv-829); Reed C. O'Connor (18-cv-470 and 18-cv-472); and John McBryde (18-cv-471) did not find Mr. Grant's allegations to be:

28 USC 1915(e)(2)(B)(i) - is frivolous or malicious;

28 USC 1915(e)(2)(B)(ii) - fails to state a claim on which relief may be granted; or

28 USC 1915(e)(2)(B)(iii) - seeks monetary relief against a defendant who is immune from such relief.

143) Southern District of Texas Judge Keith P. Ellison (18-cv-1947 and H-19-2014) did not find Mr. Grant's allegations to be:

28 USC 1915(e)(2)(B)(i) - is frivolous or malicious;

28 USC 1915(e)(2)(B)(ii) - fails to state a claim on which relief may be granted; or

28 USC 1915(e)(2)(B)(iii) - seeks monetary relief against a defendant who is immune from such relief.

144)   The U.S. Department of Defense is liable for the actions of the Secretaries of Defense
(Caspar Weinberger and Frank Carlucci), the Office of the Secretary of Defense, and
Gregory K. Harris.

145)   James A. Baker lives in Houston, Texas.

146)   James A. Baker remembers Iran-Contra (Tower Commission).

147)   THE SOUTHERN DISTRICT OF TEXAS CLERK OF COURT FAILED TO ISSUE SUMMONS IN 18-CV-1947, AND MR. GRANT'S COMPLAINT WAS DISMISSED.

William Lee Grant II
901 Wythe Road
Springfield, Illinois 62702
(217)726-5269

148)   DISTRICT OF COLUMBIA JUDGE JAMES E. BOASBERG (20-CV-1803; 20-CV-1804; AND 20-CV-1838) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE:
28 USC 1915(e)(2)(B)(i) - IS FRIVOLOUS OR MALICIOUS;
28 USC 1915(e)(2)(B)(ii) - FAILS TO STATE A CLAIM ON WHICH RELIEF MAY BE GRANTED; OR
28 USC 1915(e)(2)(B)(iii) - SEEKS MONETARY RELIEF AGAINST A DEFENDANT WHO IS IMMUNE FROM SUCH RELIEF.

149)   SOUTHERN DISTRICT OF OHIO JUDGES: CHELSEY M. VASCURA AND GEORGE C. SMITH (19-CV-5052) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE:
28 USC 1915(e)(2)(B)(i) - IS FRIVOLOUS OR MALICIOUS; OR
28 USC 1915(e)(2)(B)(iii) - SEEKS MONETARY RELIEF AGAINST A DEFENDANT WHO IS IMMUNE FROM SUCH RELIEF.

150) THE UNITED STATES WAIVED SOVEREIGN IMMUNITY PURSUANT TO THE FEDERAL TORT CLAIM ACT (28 USC 2674).

151) GREGORY K. HARRIS WORKED OUT OF THE ILLINOIS CENTRAL DISTRICT U.S. ATTORNEY'S OFFICE, AND HAD ASSISTANCE CONSPIRING AGAINST MR. GRANT FROM THE FEDERAL BUREAU OF INVESTIGATION (FBI).

152) GREGORY K. HARRIS HAD ASSISTANCE CONSPIRING AGAINST MR. GRANT FROM THE SANGAMON COUNTY STATE'S ATTORNEY'S OFFICE.

153) THE LAW ENFORCEMENT PROVISO APPLIES.

154) THE UNITED STATES DOES NOT HAVE SOVEREIGN IMMUNITY PURSUANT TO: 42 USC 1985; 42 USC 1983; AND DUE TO THE OFFICE OF THE SECRETARY OF DEFENSE DIRECTING GREGORY K. HARRIS TO CONSPIRE AGAINST MR. GRANT THROUGH THE ILLINOIS CENTRAL DISTRICT U.S. ATTORNEY'S OFFICE.

155) GREGORY K. HARRIS, OFFICE OF THE SECRETARY OF DEFENSE, AND FBI DO NOT HAVE DISCRETION TO VIOLATE MR. GRANT'S U.S. CONSTITUTIONAL RIGHTS.

156) MR. GRANT FILED ADMINISTRATIVE COMPLAINTS WITH THE U.S. DEPARTMENT OF JUSTICE AND U.S. DEPARTMENT OF DEFENSE IN 2016, 2017, AND 2018. THE COMPLAINTS HAVE NOT BEEN RESOLVED.

157) THE OFFICE OF THE SECRETARY OF DEFENSE FIRST UNLAWFULLY DETAINED MR. GRANT AT AIR FORCE SYSTEMS COMMAND IN OHIO IN 1990.

8/4/2020



WILLIAM LEE GRANT, II
901 Wythe Road
Springfield, IL 62702

BLACK HERITAGE  BLACK HERITAGE

Gwen Ifill  Gwen Ifill

Springfield, IL P&DC 62
FRI 07 AUG 2020  PM

MAIL
United States District Court
Southern District of Texas

AUG 1 1 2020

RECEIVED
David J. Bradley, Clerk of Court

CLERK'S OFFICE
U.S. DISTRICT COURT
600 E. HARRISON ST.
#101
BROWNSVILLE, TX 78520

Case 1:20-cv-00123  Document 1  Filed 08/11/20 in TXSD  Page 17 of 17